# EXHIBIT 6

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

# Fifth Appellate District

COURT OF APPEAL
FIFTH APPELLATE DISTRICT
F I L E D
JUN 1 2007
LEISA V. BIGGERS, CLERK/ADMINISTRATOR
By_____
                            Deputy

| | |
|---|---|
| In re<br>RIZALINO CAYABO,<br><br>    On Habeas Corpus. | F052050<br>(Tulare County Sup. Ct. No. 22849) |

BY THE COURT:*

    The petition for writ of habeas corpus filed in this court on January 19, 2007, is denied.

_____ Acting Presiding Justice

*Before Wiseman, Acting P.J., Cornell, J. and Kane, J.