# EXHIBIT 7

Court of Appeal, Fifth Appellate District - No. F052050
S153873

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

In re RIZALINO CAYABO on Habeas Corpus

The petition for review is denied.

Moreno, J., is of the opinion the petition should be granted.

SUPREME COURT

FILED

AUG 2 9 2007

Frederick K. Ohlrich Clerk

_____
Deputy

_____GEORGE_____
Chief Justice